**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEFFREY SCOTT,**

              **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-683-Orl-18UAM**

**K.W. MAX INVESTMENTS, INC.,**
**WILLIAM DAVIDSON,**
**MICHAELINE DAVIDSON,**

              **Defendants.**
_____

**OTIS A. JONES,**

              **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-765-Orl-18KRS**

**K.W. INVESTMENTS, INC.,**
**WILLLIAM DAVIDSON,**
**MICHAELINE DAVIDSON,**

              **Defendants.**
_____

## ORDER

The cases were referred to the United States Magistrate Judge for report and recommendation on Defendants' Motion for Attorney's Fees (doc 65, 6:05-cv-683-Orl-18UAM) and Defendants' Motion for Attorney's Fees (doc. 63, 6:05-cv-765-18-KRS). The Court having reviewed the report and recommendations of the magistrate judge and objections filed by the defendants, it is hereby

**ORDERED** that the report and recommendations (Docs. 75, 78) of the magistrate judge are hereby **APPROVED**. Defendants' Motions for Attorney's Fees in both cases are **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on this 4th day of October, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record